**ADANTÉ D. POINTER, ESQ., SBN 236229**
**PATRICK M. BUELNA, ESQ., SBN 317043**
**TY CLARKE, ESQ., SBN 339198**
POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
155 Filbert St., Suite 208,
Oakland, CA 94607
Tel: 510-929-5400
Website: www.LawyersFTP.com
Email: APointer@LawyersFTP.com
Email: PBuelna@LawyersFTP.com
Email: TClarke@LawyersFTP.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOLAN BELL, an individual; <br><br> Plaintiff, <br><br> v. <br><br> CITY OF VACAVILLE, et al. <br><br> Defendants. | Case: 2:22-cv-00456-JAM-AC <br><br> **STIPULATION AND ORDER TO GRANT PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT** |

IT IS HEREBY STIPULATED, and respectfully requested, by and between Plaintiff and Defendants (hereinafter, "the Parties") by and through their designated counsel, that:

WHEREAS, on March 10, 2022, Plaintiff filed his Complaint. **(ECF No. 1).**

WHEREAS, the Parties have been engaged in written discovery and document production in recent months, through which Plaintiff has ascertained the names of the individual Vacaville Police Department Officers who are necessary parties in this matter.

WHEREAS, Plaintiff has prepared a First Amended Complaint naming these individual defendants and shared the draft of the First Amended Complaint with the Defendants' Counsel;

WHEREAS, the Defendants have agreed to stipulate to Plaintiff's filing of his First Amended Complaint, but by doing so do not admit to any of the new allegations and reserve the right to move to dismiss the First Amended Complaint once it is filed;

WHEREAS, the Parties STIPULATE TO and JOINTLY REQUEST that this Court grant Plaintiff leave to file the First Amended Complaint to name the involved defendant Vacaville police officers—Joseph Perkins and Kenneth Meek.

IT IS SO AGREED.

Dated: December 1, 2022         /s/ Ty Clarke
                                Ty Clarke
                                Attorney for Plaintiff

Dated: December 1, 2022         /s/ Richard Osman
                                Richard Osman
                                Attorney for Defendants

**IT IS SO ORDERED.**

Dated:  December 1, 2022        /s/ John A. Mendez
                                THE HONORABLE JOHN A. MENDEZ
                                SENIOR UNITED STATES DISTRICT
                                JUDGE