1  **ADANTÉ D. POINTER, ESQ., SBN 236229**
**PATRICK M. BUELNA, ESQ., SBN 317043**
2  **TY CLARKE, ESQ., SBN 339198**
POINTER & BUELNA, LLP
3  LAWYERS FOR THE PEOPLE
155 Filbert St., Suite 208,
4  Oakland, CA 94607
Tel: 510-929-5400
5  Website: www.LawyersFTP.com
Email: APointer@LawyersFTP.com
6  Email: PBuelna@LawyersFTP.com
Email: TClarke@LawyersFTP.com
7

8  Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOLAN BELL, an individual; | Case: 2:22-cv-00456-JAM-AC |
| Plaintiff, | **STIPULATION AND ORDER TO AMEND SCHEDULING ORDER** |
| v. | |
| CITY OF VACAVILLE, et al. | |
| Defendants. | |

IT IS HEREBY STIPULATED, and respectfully requested, by and between Plaintiff and Defendants (hereinafter, "the Parties") by and through their designated counsel, that:

WHEREAS, on June 2, 2022, United States District Judge issued the pretrial scheduling order in this matter. (ECF No. 11).

WHEREAS, the Parties are in the midst of the discovery process, already have disclosed many of the substantive documents, and are in the process of scheduling the relevant depositions.

WHEREAS, the Parties have encountered numerous schedule conflicts; most recently, Plaintiff's lead counsel, Patrick Buelna, will be out of the office for several weeks in March for the birth of his first child.

WHEREAS, the Parties have met and conferred and determined that it is in the best interest of all litigants to extend the expert deadlines in this case. The Parties agree that these expert deadlines can be modified without requiring modifications to any of the other case deadlines.

WHEAREAS, the Parties STIPULATE TO and JOINTLY REQUEST that this Court's scheduling order be amended accordingly:

| | | |
|---|---|---|
| Designation of Expert Witness: | ~~04/03/2023~~ | **06/03/2023** |
| Rebuttal Expert Disclosure: | ~~05/01/2023~~ | **07/01/2023** |
| Close of Expert Discovery: | ~~06/05/2023~~ | **8/01/2023** |

IT IS SO AGREED.

Dated: February 27, 2023          /s/ Ty Clarke
                                  Ty Clarke
                                  Attorney for Plaintiff

Dated: February 27, 2023          /s/ Richard Osman
                                  Richard Osman
                                  Attorney for Defendants

**IT IS SO ORDERED.**

Dated: March 7, 2023              /s/ John A. Mendez
                                  THE HONORABLE JOHN A. MENDEZ
                                  SENIOR UNITED STATES DISTRICT JUDGE