Richard W. Osman, State Bar No. 167993
Sheila D. Crawford, State Bar No. 278292
Jennifer K. Holthaus, State Bar No. 338168
BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile:  (415) 353-0990
Email: rosman@bfesf.com
     scrawford@bfesf.com
     jholthaus@bfesf.com

Attorneys for Defendants
CITY OF VACAVILLE, JOSEPH PERKINS
and KENNETH MEEK

Adante D. Pointer Esq., SBN 236229
Patrick M. Buelna, Esq., SBN 317043
POINTER & BUELNA, LLP
155 Filbert Street, Suite 208
Oakland, California 94607
Telephone: (510) 929-5400
Email: apointer@lawyersftp.com
     pbuelna@lawyersftp.com

Melissa Nold, Esq., SBN 301378
Nold Law
521 Georgia Street
Vallejo, CA 94590
Telephone: 707-644-4004
Email: melissa@noldlaw.com

Attorneys for Plaintiff
NOLAN BELL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOLAN BELL, an individual;<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF VACAVILLE, a municipal corporation; JOSEPH PERKINS, in his individual capacity as a law enforcement officer for CITY OF VACAVILLE; KENNETH MEEK, in his individual capacity as a law enforcement officer for CITY OF VACAVILLE; and DOES 1-50, inclusive.<br><br>    Defendants. | Case No. 2:22-cv-00456-JAM-AC<br><br>**AMENDED STIPULATION TO CONTINUE PRETRIAL DEADLINES; ORDER**<br><br><br><br><br><br><br><br><br><br>Hon. John A. Mendez |

WHEREAS, Plaintiff NOLAN BELL initiated this case on March 10, 2022 (Dkt. No. 1);

WHEREAS, Plaintiff named the CITY OF VACAVILLE, JOSEPH PERKINS and KENNETH MEEK as Defendants (collectively, "Defendants");

1

AMENDED STIPULATION TO CONTINUE PRETRIAL DEADLINES
*Case No.: 2:22-cv-00456-JAM-AC*

WHEREAS, on February 27, 2023, the Parties filed a stipulation to continue Expert discovery deadlines (Dkt. No. 21);

WHEREAS, the Parties have been diligently conducting discovery, but require additional time to complete necessary depositions before expert discovery; and

WHEREAS, this stipulation is not made for any improper purpose and will not prejudice any Party.

## STIPULATION

NOW, THEREFORE, Plaintiff and Defendants stipulate and request the court continue presently set pre-trial dates as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Fact Discovery Cut Off | June 5, 2023 | July 5, 2023 |
| Expert Disclosures | June 3, 2023 | July 14, 2023 |
| Supplemental Experts | July 1, 2023 | August 4, 2023 |
| Completion of Expert Discovery | August 1, 2023 | September 1, 2023 |
| All Dispositive Motions Filing Date | August 18, 2023 | September 22, 2023 |
| Dispositive Motion Hearing Date | October 17, 2023 | December 12, 2023 |
| Pretrial Conference | February 2, 2024 | February 23, 2024 |
| Trial | March 18, 2024 | April 8, 2024 |

Dated:  May 22, 2023                             BERTRAND, FOX, ELLIOT, OSMAN & WENZEL


By:     /s/ Richard W. Osman
          Richard W. Osman
          Sheila D. Crawford
          Jennifer K. Holthaus
          Attorneys for Defendants
          CITY OF VACAVILLE, JOSEPH PERKINS and KENNETH MEEK

Dated: May 22, 2023                                    LAW OFFICES OF JOHN L. BURRIS

                                              By:  */s/ Ty Clark*
                                                    Adante D. Pointer, Esq.
                                                    Patrick M. Buelna, Esq.
                                                    Melissa Nold, Esq.
                                                    Ty Clarke, Esq.
                                                    Attorneys for Plaintiff
                                                    NOLAN BELL

## ELECTRONIC CASE FILING ATTESTATION

I, Richard W. Osman, hereby attest that I have on file all holograph signatures for any signatures indicated by a conformed signature ("/s/") within this E-filed document or have been authorized by counsel to show their signature on this document as /s/.

Dated: May 22, 2023                                    BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

                                                    */s/ Richard W. Osman*
                                                    Richard W. Osman

## ORDER MODIFYING PRETRIAL SCHEDULING ORDER

Based on the stipulation of the parties and good cause appearing, the Pretrial Scheduling Order, is **MODIFIED** as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Fact Discovery Cut Off | June 5, 2023 | **July 5, 2023** |
| Expert Disclosures | June 3, 2023 | **July 14, 2023** |
| Supplemental Experts | July 1, 2023 | **August 4, 2023** |
| Completion of Expert Discovery | August 1, 2023 | **September 1, 2023** |
| All Dispositive Motions Filing Date | August 18, 2023 | **September 22, 2023** |
| Dispositive Motion Hearing Date | October 17, 2023 | **December 12, 2023, at 01:30 PM** |
| Final Pretrial Conference | February 2, 2024 | **February 23, 2024, at 11:00 AM** |
| Jury Trial | March 18, 2024 | **April 8, 2024, at 09:00 AM** |

Counsel shall contact Judge Mendez' courtroom deputy, M York, via e-mail at MYork@caed.uscourts.gov, prior to filing a stipulation and proposed order to continue the dates set forth in this order.

IT IS SO ORDERED.

Dated: May 23, 2023

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE