| | |
|---|---|
| Richard W. Osman, State Bar No. 167993<br>Sheila D. Crawford, State Bar No. 278292<br>Bianca A. Garcia, State Bar No. 333773<br>BERTRAND, FOX, ELLIOT, OSMAN & WENZEL<br>The Waterfront Building<br>2749 Hyde Street<br>San Francisco, California 94109<br>Telephone: (415) 353-0999<br>Facsimile:  (415) 353-0990<br>Email: rosman@bfesf.com<br>     scrawford@bfesf.com<br>     bgarcia@bfesf.com<br><br>Attorneys for Defendants<br>CITY OF VACAVILLE, JOSEPH PERKINS<br>and KENNETH MEEK | Adante D. Pointer Esq., SBN 236229<br>Patrick M. Buelna, Esq., SBN 317043<br>POINTER & BUELNA, LLP<br>155 Filbert Street, Suite 208<br>Oakland, California 94607<br>Telephone: (510) 929-5400<br>Email: apointer@lawyersftp.com<br>     pbuelna@lawyersftp.com<br><br>Melissa Nold, Esq., SBN 301378<br>Nold Law<br>521 Georgia Street<br>Vallejo, CA 94590<br>Telephone: 707-644-4004<br>Email: melissa@noldlaw.com<br><br>Attorneys for Plaintiff<br>NOLAN BELL |

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NOLAN BELL, an individual;<br><br>     Plaintiff,<br><br>v.<br><br>CITY OF VACAVILLE, a municipal corporation; JOSEPH PERKINS, in his individual capacity as a law enforcement officer for CITY OF VACAVILLE; KENNETH MEEK, in his individual capacity as a law enforcement officer for CITY OF VACAVILLE; and DOES 1-50, inclusive.<br><br>     Defendants. | Case No. 2:22-cv-00456-JAM-AC<br><br>**STIPULATION TO CONTINUE PRETRIAL DEADLINES; ORDER**<br><br><br><br><br><br>**Hon. John A. Mendez** |

IT IS HEREBY STIPULATED, and respectfully requested, by and between Plaintiff and Defendants (hereinafter, "the Parties") by and through their designated counsel, that the Pretrial Schedule in this matter be modified as detailed below to accommodate the Parties' attempts to resolve this matter.

WHEREAS, Plaintiff NOLAN BELL initiated this case on March 10, 2022 (Dkt. No. 1);

WHEREAS, Plaintiff named the CITY OF VACAVILLE, JOSEPH PERKINS and KENNETH MEEK as Defendants (collectively, "Defendants");

WHEREAS, on June 2, 2022, United States District Judge issued the pretrial scheduling order in this matter. (Dkt. No. 11);

WHEREAS, on February 27, 2023, the Parties filed a stipulation to continue Expert discovery deadlines (Dkt. No. 21);

WHEREAS, on May 17, 2023, the Parties further filed a stipulation to continue pre-trial deadlines in this matter. (Dkt. No. 24);

WHEREAS, the Parties have agreed to enter settlement negotiations and intend to file a stipulation seeking a referral to Magistrate Judge Newman for a settlement conference;

WHEREAS the Parties wish to minimize attorneys' fees and costs while engaging in the settlement process; and

WHEREAS, the requested modifications will not otherwise impact the trial date.

## STIPULATION

NOW, THEREFORE, Plaintiff and Defendants stipulate and request the court continue presently set pre-trial dates as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Fact Discovery Cut Off | July 5, 2023 | No Change |
| Expert Disclosures | July 14, 2023 | September 1, 2023 |
| Supplemental Experts | August 4, 2023 | September 12, 2023 |
| Completion of Expert Discovery | September 1, 2023 | September 29, 2023 |
| All Dispositive Motions Filing Date | September 22, 2023 | October 20, 2023 |
| Dispositive Motion Hearing Date | December 12, 2023 | No Change |
| Pretrial Conference | February 23, 2024 | No Change |
| Trial | April 8, 2024 | No Change |

| | | |
|---|---|---|
| Dated: July 5, 2023 | | BERTRAND, FOX, ELLIOT, OSMAN & WENZEL |

By: /s/ *Richard W. Osman*
Richard W. Osman
Sheila D. Crawford
Jennifer K. Holthaus
Attorneys for Defendants
CITY OF VACAVILLE, JOSEPH PERKINS and KENNETH MEEK

Dated: July 5, 2023                                POINTER & BUELNA, LLP

By: /s/ *Ty Clarke*
Adante D. Pointer, Esq.
Patrick M. Buelna, Esq.
Melissa Nold, Esq.
Ty Clarke, Esq.
Attorneys for Plaintiff
NOLAN BELL

## ELECTRONIC CASE FILING ATTESTATION

I, Ty Clarke, hereby attest that I have on file all holograph signatures for any signatures indicated by a conformed signature ("/s/") within this E-filed document or have been authorized by counsel to show their signature on this document as /s/.

Dated: July 5, 2023                                POINTER & BUELNA, LLP
/s/ *Ty Clarke*
Ty Clarke

# **ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

The pre-trial deadlines are continued as follows:

| Event | Current Deadline | Deadline |
|---|---|---|
| Fact Discovery Cut Off | July 5, 2023 | No Change |
| Expert Disclosures | July 14, 2023 | September 1, 2023 |
| Supplemental Experts | August 4, 2023 | September 12, 2023 |
| Completion of Expert Discovery | September 1, 2023 | September 29, 2023 |
| All Dispositive Motions Filing Date | September 22, 2023 | October 20, 2023 |
| Dispositive Motion Hearing Date | December 12, 2023 | No Change |
| Pretrial Conference | February 23, 2024, at 11:00 a.m. | No Change |
| Trial | April 8, 2024, at 09:00 a.m. | No Change |

Counsel shall contact Judge Mendez' Courtroom Deputy, M York, via e-mail at myork@caed.uscourts.gov, prior to filing a stipulation and proposed order to continue the dates set forth in the Pretrial Scheduling Order and this order.

**IT IS SO ORDERED.**

Dated: July 10, 2023                     /s/ John A. Mendez
                                         THE HONORABLE JOHN A. MENDEZ
                                         SENIOR UNITED STATES DISTRICT JUDGE

STIPULATION TO CONTINUE PRETRIAL DEADLINES
*Case No.: 2:22-cv-00456-JAM-AC*