1 **ADANTÉ D. POINTER, ESQ., SBN 236229**
**PATRICK M. BUELNA, ESQ., SBN 317043**
2 **TY CLARKE, ESQ., SBN 339198**
POINTER & BUELNA, LLP
3 LAWYERS FOR THE PEOPLE
155 Filbert St., Suite 208,
4 Oakland, CA 94607
Tel: 510-929-5400
5 Website: www.LawyersFTP.com
Email: APointer@LawyersFTP.com
6 Email: PBuelna@LawyersFTP.com
7 Email: TClarke@LawyersFTP.com

8 Attorneys for Plaintiff

9 UNITED STATES DISTRICT COURT

10 FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOLAN BELL, an individual; | Case: 2:22-cv-00456-JAM-AC |
| Plaintiff, | **STIPULATION AND ORDER TO REFER MATTER TO SETTLEMENT CONFERENCE** |
| v. | |
| CITY OF VACAVILLE, et al. | |
| Defendants. | |

IT IS HEREBY STIPULATED, and respectfully requested, by and between Plaintiff and Defendants (hereinafter, "the Parties") by and through their designated counsel, that:

WHEREAS, the Parties have conferred and agreed that they wish to conduct a settlement conference in hopes of resolving the pending litigation.

WHEREAS, the Parties agree that they wish to conduct the settlement conference with Judge Kendall Newman.

WHEREAS, the Parties reached out to Judge Newman's chambers for settlement conference availability and were informed that he is available on September 29, 2023 at 9 AM, which is an agreeable date and time for the Parties.

WHEAREAS, the Parties STIPULATE TO and JOINTLY REQUEST that this Court **REFER** this matter to a settlement conference with Judge Newman for **September 29, 2023, at 09:00 a.m**.

IT IS SO AGREED.

Dated: July 11, 2023        /s/ Ty Clarke
                            Ty Clarke
                            Attorney for Plaintiff

Dated: July 11, 2023        /s/ Richard Osman
                            Richard Osman
                            Attorney for Defendants

**IT IS SO ORDERED.**

Dated: July 12, 2023        /s/ John A. Mendez
                            THE HONORABLE JOHN A. MENDEZ
                            SENIOR UNITED STATES DISTRICT JUDGE