**ADANTÉ D. POINTER, ESQ., SBN 236229**
**PATRICK M. BUELNA, ESQ., SBN 317043**
**TY CLARKE, ESQ., SBN 339198**
POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
155 Filbert St., Suite 208,
Oakland, CA 94607
Tel: 510-929-5400
Website: www.LawyersFTP.com
Email: APointer@LawyersFTP.com
Email: PBuelna@LawyersFTP.com
Email: TClarke@LawyersFTP.com

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOLAN BELL, an individual;<br><br>Plaintiff,<br><br>v.<br><br>CITY OF VACAVILLE, et al..<br><br>Defendants. | Case: 2:22-cv-00456-JAM-AC<br><br>**STIPULATION AND ORDER TO AMEND SCHEDULING ORDER** |

IT IS HEREBY STIPULATED, and respectfully requested, by and between Plaintiff and Defendants (hereinafter, "the Parties") by and through their designated counsel, that:

WHEREAS, on January 31, 2022, Plaintiff filed his Complaint. (ECF No. 1).

**STIPULATION AND ORDER TO AMEND SCHEDULING ORDER**
**BELL V. CITY OF VACAVILLE**
- 1 -

WHEREAS, on July 18, 2023, this Court issued an amended scheduling order. (ECF NO. 28).

WHEREAS, the Parties have completed fact discovery and will disclose their respective experts on September 1, 2023.

WHEREAS, the Parties will be participating in a settlement conference with Judge Kendall Newman on September 28, 2023, and wish to avoid incurring the costs of taking expert depositions until after they have determined whether they can resolve this matter at said conference.

WHEREAS, the Parties STIPULATE TO and JOINTLY REQUEST that this Court's amended scheduling order (ECF NO. 28) be amended accordingly:

Close of Expert Discovery:   ~~9/29/2023~~   10/13/2023

IT IS SO AGREED.

Dated: August 31, 2023          /s/ Ty Clarke
                                Ty Clarke
                                Attorney for Plaintiff

Dated: August 31, 2023          /s/ Richard W. Osman
                                Richard W. Osman
                                Attorney for Defendants

### ORDER MODIFYING PRETRIAL SCHEDULING ORDER

Based on the stipulation of the parties and good cause appearing, the Pretrial Scheduling Order, is **MODIFIED** as follows:

| Event | Date |
|---|---|
| Completion of Expert Discovery | **10/13/2023** |
| Dispositive Motion Filing Deadline | 12/08/2023 |
| Dispositive Motion Hearing | 02/13/2024, at 1:30 PM[1] |
| Final Pretrial Conference: | Tuesday, 04/02/2024, at 10:00 AM |
| Jury Trial | Monday, 05/20/2024, at 9:00 AM. |

All instructions contained in the June 02, 2022, Pretrial Scheduling Order (ECF No. 11) **SHALL** remain in effect.

Dated: September 07, 2023      /s/ John A. Mendez
                               THE HONORABLE JOHN A. MENDEZ
                               SENIOR UNITED STATES DISTRICT JUDGE

---

[1] Calendars are subject to last minute changes. Contact the Courtroom Deputy for available dates.