Richard W. Osman, State Bar No. 167993
Sheila D. Crawford, State Bar No. 278292
Bianca A. Garcia, State Bar No. 333773
BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile:  (415) 353-0990
Email: rosman@bfesf.com
       scrawford@bfesf.com
       bgarcia@bfesf.com

Attorneys for Defendants
CITY OF VACAVILLE, JOSEPH PERKINS
and KENNETH MEEK

Adante D. Pointer Esq., SBN 236229
Patrick M. Buelna, Esq., SBN 317043
POINTER & BUELNA, LLP
155 Filbert Street, Suite 208
Oakland, California 94607
Telephone: (510) 929-5400
Email: apointer@lawyersftp.com
       pbuelna@lawyersftp.com

Melissa Nold, Esq., SBN 301378
Nold Law
521 Georgia Street
Vallejo, CA 94590
Telephone: 707-644-4004
Email: melissa@noldlaw.com

Attorneys for Plaintiff
NOLAN BELL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOLAN BELL, an individual;<br><br>   Plaintiff,<br><br>v.<br><br>CITY OF VACAVILLE, a municipal corporation; JOSEPH PERKINS, in his individual capacity as a law enforcement officer for CITY OF VACAVILLE; KENNETH MEEK, in his individual capacity as a law enforcement officer for CITY OF VACAVILLE; and DOES 1-50, inclusive.<br><br>   Defendants. | Case No. 2:22-cv-00456-JAM-AC<br><br>**STIPULATION AND [PROPOSED] ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41 of the Federal Rules of Civil Procedure and the Settlement Agreement and Mutual Release executed by and between the parties identified herein, the undersigned, counsel of record for NOLAN BELL and defendants CITY OF VACAVILLE, JOSEPH PERKINS and KENNETH MEEK, respectively, do hereby agree and stipulate that the above-referenced case be dismissed, in its

entirety and with prejudice, as to all defendants.  Each party shall bear their own attorneys' fees and costs.

**IT IS SO STIPULATED.**

Dated:  December 1, 2023                              BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

                                                                            By:   /s/ Richard W. Osman
                                                                                     Richard W. Osman
                                                                                     Sheila D. Crawford
                                                                                     Bianca A. Garcia
                                                                                     Attorneys for Defendants
                                                                                     CITY OF VACAVILLE, JOSEPH PERKINS and
                                                                                     KENNETH MEEK

Dated:  December 1, 2023                              NOLD LAW

                                                                            By:   /s/ Melissa Nold
                                                                                     Adante D. Pointer, Esq.
                                                                                     Patrick M. Buelna, Esq.
                                                                                     Melissa Nold, Esq.
                                                                                     Attorneys for Plaintiff
                                                                                     NOLAN BELL

### ELECTRONIC CASE FILING ATTESTATION

I, Richard W. Osman, hereby attest that I have on file all holograph signatures for any signatures indicated by a conformed signature ("/s/") within this E-filed document or have been authorized by counsel to show their signature on this document as /s/.

Dated: December 1, 2023                              BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

                                                                            /s/ Richard W. Osman
                                                                            Richard W. Osman

## ORDER OF DISMISSAL

Pursuant to the parties' stipulation of dismissal set forth above, this action is hereby **DISMISSED**, with prejudice, in its entirety, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), with each party to bear their own attorneys' fees and costs.

The Clerk of Court is **DIRECTED** to close the case.

**IT IS SO ORDERED**.

Dated: December 04, 2023

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE